IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 4:16-cr-170-SWW |
| | ) | |
| ROY LEE BOLES, JR. | ) | |

**UNITED STATES' NOTICE OF INTENT TO OFFER EXPERT TRIAL TESTIMONY**

The United States of America, by and through Patrick C. Harris, Acting United States Attorney for the Eastern District of Arkansas, and Hunter Bridges, Assistant United States Attorney, for its notice, respectfully states:

The United States intends on calling Arkansas State Crime Lab chief latent-print examiner Bobby Humphries as an expert witness. The United States anticipates offering the testimony of Mr. Humphries concerning his experience in analyzing objects, particularly firearms, for latent fingerprints. Mr. Humphries will testify concerning the likelihood of pulling identifiable prints from firearms and the factors that affect whether any prints are recoverable. Mr. Humphries' report and a copy of his curriculum vitae will be sent to defense counsel.

Additionally, ATF Special Agent Tony McCutcheon will testify that he examined the firearm in this case, to wit: a Ruger, model P-95DC 9mm pistol, bearing serial number 31628529. The United States anticipates that Special Agent McCutcheon will testify that the Ruger pistol was not manufactured in the State of Arkansas, and, if possessed in the State of Arkansas, had to have traveled in and affected interstate commerce prior to or while the defendant was in possession of it. Counsel for the defendant has been provided a copy of Special Agent McCutcheon's report and curriculum vitae.

Respectfully submitted,

PATRICK C. HARRIS
Acting United States Attorney

/s/ *Hunter Bridges*

By HUNTER BRIDGES
Bar No. 2012282
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR  72203
501-340-2619
Hunter.Bridges@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2017, I filed the foregoing with the District Court's electronic filing system and same will forward a copy to the defendant's attorney of record.

/s/ *Hunter Bridges*
HUNTER BRIDGES
Assistant U. S. Attorney