IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:16-cr-00170-SWW |
| | * | |
| | * | |
| ROY LEE BOLES, JR., | * | |
| | * | |
| Defendant. | * | |

## STIPULATION

In accordance with Fed. R. Crim. P. 23(b)(2), the United States of America and Roy Lee Boles, Jr. hereby stipulate to proceed with a jury of 11 members.

_____        6-6-2017
Assistant United States Attorney        Date

_____        06-06-2017
Roy Lee Boles, Jr.                      Date