FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 06 2017

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

## MINUTES

USA
PLAINTIFF

ATTY: Hunter Bridges
ATTY:

Roy Boyles
DEFENDANT

ATTY: Nicole Lybrand
ATTY:

JUDGE: Susan Webber Wright
REPORTER: Margie Krause
CLERK: Maggy Cecilia Norwood
DATE: 06/05/2017

CASE NO. 4:16CR00170-01 SWW

ACTION: Jury Trial

| TIME | |
|---|---|
| 9:00 | Pretrial Hearing |
| 9:50 | Jury Selection |
| 12:20 | Jury of 12 Seated and Sworn |
| 12:25 | Recess |
| 1:30 | Resume |
|  | Opening Statements |
| 3:00 | Recess |
| 3:12 | Resume |
| 3:45 | Government rests |
|  | Recess |
| 3:55 | Jury returns |
| 4:00 | Bench conference |
| 4:04 | Resume |
|  | Jury excused |
| 4:10 | Recess until 06/06/2017 @ 9:30 am |

PAGE NO. 2
CASE NO. 4:16CR00170-01 SWW

TIME Day 2 — Margie Crause reporter

| Time | Event |
|---|---|
| 9:20 | Out of the presence of the jury in re: Juror #8 summoned |
| 9:24 | Recess |
| 9:35 | Resume, out of the presence of the jury. Juror #8 excused - parties agree to go forward with 11 jurors. |

Defense Case

| Time | Event |
|---|---|
| D① 9:37 | Charles Dolphus - sworn oath. Direct - Lyluand |
| 9:40 | Cross - Bridges |
| 9:41 | Jury returns |
| | Direct of Charles Dolphus - Lyluand |
| 9:42 | Cross - Bridges |
| 9:42 | Bench Conference |
| 9:43 | Resume |
| 9:44 | Witness excused |
| 9:46 | Ronesha Banks - sworn. Direct - Lyluand. DX1 admitted |
| 9:50 | Cross - Bridges |
| 9:59 | Redirect - Lyluand |
| | Witness excused. |
| 10:02 | Defense rests |
| 10:02 | Bench conference - motions |
| 10:05 | Resume. Jury excused until 12:30 |
| 10:34 | Resume - jury instruction conference |
| | Defendant proposed instruction #1 |

| TIME | |
|---|---|
| 10:54 | Recess until 12:30 |
| 12:31 | Resume out of the presence of the jury |
| 12:32 | Jury returns |
| | Closing arguments - Ahmed |
| 12:44 | Closing arguments - Sylvester |
| 12:58 | Closing argument - Bridges |
| 1:02 | Jury instructions - Court |
| 1:25 | Recess |
| 5:02 | Jury returns with a verdict of not guilty. |
| 5:03 | Jury excused |

4:10CR00170 USA v. BOLES

Exhibits to jury agreed:

1, 2a, 3a, 4, 11 (Stipulated)
PLAINTIFF

1, 2, 11 (Stipulated)
DEFENDANT

Date: 6-6-2017

[signatures]

Exhibits returned to counsel:

_____
PLAINTIFF

_____
DEFENDANT

Date:_____

**DO NOT DESTROY**

DATE 6-6-17                                    TIME 4:02 pm

CASE NO. 4:16CR00170

**NOTE FROM JURORS**

Request to see video

PRESIDING JUROR

TIME _____

**RESPONSE FROM JUDGE**

SUSAN WEBBER WRIGHT
UNITED STATES DISTRICT JUDGE